UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LORRE A. MCIVER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-00773-SEB-DML ) |
| CAROLYN W. COLVIN, | ) ) |
| Defendant. | ) |

## Order Adopting Report and Recommendation

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's Report and Recommendation.

So ORDERED.

Date: 8/25/2017

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

**LORRE A. MCIVER**
212 Hickory Drive
Connersville, IN 47331